# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK E. SPICER, JR.

NO. 2023 KW 0767

**SEPTEMBER 1, 2023**

---

In Re: Mark E. Spicer, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3932-F-2019.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**WRC**
**WIL**

**Guidry, C.J.,** dissents and I would grant the writ application. Under the unique circumstances presented in this first degree murder prosecution, which seeks the death penalty, I would reverse the trial court's denial of defendant's motion to recuse the Honorable Judge Ellen M. Creel. The decedent was a Mandeville Police Officer. The judge's law clerk is a former prosecutor with the St. Tammany Parish District Attorney's Office. In that capacity, she amended the bill of information for relator's father's 2016 domestic violence case, wherein relator was the alleged victim. An officer who interacted with the judge during her tenure as the City Attorney for Franklinton, provided first aid to one of the victims and collected the victim's body camera to be used as evidence in this case. The former Chief of Police of the Mandeville Police Department has made inflammatory comments about relator since the incidents in question occurred, he endorsed the judge during her 2020 judicial election campaign, and his endorsement was featured in her campaign materials. I find that based on an objective evaluation of the totality of these circumstances, it can be reasonably and substantially expected the judge would be unable to conduct the proceedings in a fair and impartial manner. Considering these unique facts and the interests of justice, recusal is required. La. Code Crim. P. art. 671(B). See **State v. Spicer,** 2023-00570 (La. 6/26/23), 363 So.3d 1222 (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT